MERCHANTS FACTORS CORPORATION, Plaintiff, v. ARTHUR SOHNEN, Defendant and Third Party Plaintiff-Respondent. AMEREX TRADING CORP. et al., Third Party Defendants-Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, with leave to the third party defendants to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

SYDNEY I. RUSINOW et al., Individually and as Copartners Doing Business under the Name of SYDNEY SHOULDER PAD CO., Respondents-Appellants, v. ZUCKERMAN & KRAUS, INC., Appellant-Respondent.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

IRVING GREENBERG et al., Appellants, v. HARRY M. COHEN et al., Individually and as Temporary Administrators of the Estate of OLIVE T. COTE, Deceased, Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [192 Misc. 215.]

TRUNZ, INCORPORATED, Appellant, v. FARMER BOY CORN & EQUIPMENT CO., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

In the Matter of 1201 SIXTH AVE. CORP., Appellant. ALTOR GRILL & RESTAURANT, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

MICHAEL STALLA, Plaintiff, v. LEHIGH STRUCTURAL STEEL COMPANY et al., Defendants. D'AQUILLA BROS. CONTRACTING CO., INC., Defendant and Third Party Plaintiff-Respondent, v. JOHN T. BRADY & CO., INC., Third Party Defendant-Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the third party defendant to answer within ten days after service of the order, with notice of entry thereof, on payment of said costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

DAVID FOX, Appellant, v. PENNINGTON SHIRT COMPANY, INCORPORATED, Respondent.— Order, so far as appealed from, unanimously modified by denying the motion to dismiss the second and third causes of action and, as so modified, affirmed, with $20 costs and disbursements to the appellant. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ.

RUTH H. HART, Appellant, v. ELOISE G. HART et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [194 Misc. 162.]

In the Matter of NATIONAL RAILWAY PUBLICATION COMPANY, Respondent. E. P. LAWSON CO., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [See 275 App. Div. 660.]

METROPOLITAN LIFE INSURANCE COMPANY, Respondent, v. BELLA SCHMIDT, as Executrix of PHILIP E. SCHMIDT, Deceased, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Glennon, Dore, Callahan and Shientag, JJ. [See 275 App. Div. 667.]